■ TIEDE ZOELLER, INC., Respondent, v PATRICK E. BURKE, Appellant. [724 NYS2d 386] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Whelan, J. (Appeal from Order and Judgment of Supreme Court, Erie County, Fahey, J., for Whelan, J., pursuant to CPLR 9002—Contract.) Present—Green, J. P., Hayes, Scudder, Burns and Lawton, JJ.